**Order filed June 4, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00149-CV
_____

**JAROD HARMON, Appellant**

**V.**

**PILGRIM WEST LLC & J.R. KELLOUGH, PESIDENT, Appellee**

**On Appeal from County Court at Law No. 1 & Probate Court
Brazoria County, Texas
Trial Court Cause No. CI58889**

## O R D E R

Appellant's brief was due May 20, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 20, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM